**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

JOHN DEW,

   Plaintiff,

v.

CHARLES ELLIS, et al.,

   Defendants.

:
:
:
:
:
:
:
:
:
:

Civ. No. 22-1136 (GC) (DEA)

**MEMORANDUM & ORDER**

---

Plaintiff is a former state prisoner proceeding *pro se* with a Second Amended Complaint ("SAC") filed pursuant to 42 U.S.C. § 1983. (*See* ECF 1). Previously, this Court granted Plaintiff's application to proceed *in forma pauperis*. (*See* ECF 12). Subsequently, the SAC was screened and some of Plaintiff's claims proceeded past screening. (*See* ECF 15 & 16). However, on July 6, 2023, mail sent to Plaintiff by the Clerk was returned as undeliverable at his address of record at the Northern State Prison in Newark, New Jersey. (*See* ECF 18). Indeed, this Court's review of the New Jersey Department of Corrections' ("NJDOC") online inmate locator indicates that Plaintiff has been released from NJDOC's custody. *See https://www20.state.nj.us/DOC_Inmate/details?x=1021577&n=0* (last visited on July 7, 2023).

Plaintiff is now in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

Accordingly, IT IS this 18th day of July, 2023,

ORDERED that by failing to provide the Court with his current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

ORDERED that as a result, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

ORDERED that if Plaintiff updates his contact information and satisfies the appropriate Rules within thirty (30) days of the date of this Memorandum and Order, this Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this Memorandum and Order on Plaintiff by regular U.S mail at his last listed address of record.

_____
GEORGETTE CASTNER
United States District Judge