**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DEW, | |
| Plaintiff, | Civ. No. 22-1136 (GC) (DEA) |
| v. | |
| CHARLES ELLIS, et al., | **MEMORANDUM & ORDER** |
| Defendants. | |

**CASTNER, District Judge**

Plaintiff is a former state prisoner proceeding *pro se* with a Second Amended Complaint ("SAC") filed pursuant to 42 U.S.C. § 1983. (*See* ECF 1). Previously, this Court granted Plaintiff's application to proceed *in forma pauperis*. (*See* ECF 12). Subsequently, the SAC was screened and some of Plaintiff's claims proceeded past screening. (*See* ECF 15 & 16). However, on July 6, 2023, mail sent to Plaintiff by the Clerk was returned as undeliverable at his address of record at the Northern State Prison in Newark, New Jersey. (*See* ECF 18). Accordingly, on July 19, 2023, this Court administratively terminated this action pursuant to Local Civil Rule 10.1 due to Plaintiff's failure to provide this Court with an updated address. (*See* ECF 19).

Subsequently, the County of Mercer Office of County Counsel provided this Court with an updated address of Plaintiff. (*See* ECF 20). Accordingly, the Clerk will be ordered to update Plaintiff's address, reopen this case and reserve this Court's May 31, 2023 Opinion and Order (ECF 15 & 16) on Plaintiff at his new address of record.

Therefore, IT IS on this 26th day of July, 2023,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED that the Clerk shall update Plaintiff's address of record as the following: 433 Schindler Drive, Brick, NJ 08723; and it is further

ORDERED that the Clerk shall serve on Plaintiff by regular U.S. mail at his new address of record: (1) a copy of this Memorandum and Order; and (2) a copy of this Court's May 31, 2023 Opinion and Order (ECF 15 & 16) as well as the documents ordered to be served on Plaintiff as stated in the May 31, 2023 Order (ECF 16).

*Georgette Castner*
GEORGETTE CASTNER
United States District Judge